**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 88 MAL 2022

           Respondent        :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                  :

                                  :

DECOREY PITTS,                    :

                                  :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.